Frank E. Marchetti (SBN 203185)
MARCHETTI LAW
3731 Wilshire Blvd., Suite 635
Los Angeles, California 90010
Tel. (626) 676-6377
Fax (626) 628-3208

Attorneys for Plaintiffs/Creditors VERONICA GAMM, MARINA NOORALI and FREDY U. HARRISON

FILED & ENTERED

OCT 06 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fisherl    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ERIC RODRIGUEZ<br><br>Debtor | Case No.: 1:18-bk-13040-MT<br>Adv. Case No.: 1:19-ap-01015-MT<br><br>Chapter 7 (converted from Ch. 13)<br><br>**JUDGMENT OF NONDISCHARGEABILITY** |
| VERONICA GAMM, MARINA NOORALI, FREDY U. HARRISON,<br><br>Plaintiffs,<br><br>vs.<br><br>ERIC RODRIGUEZ<br><br>Defendant | |

The above-captioned adversary proceeding was tried before the undersigned United States Bankruptcy Judge on September 18, 2020. Having considered the Trial Declarations and other papers filed in advance of the trial, and having received no requests by any party for cross-examination of witnesses or presentation of oral testimony, the Court found in favor of plaintiffs Veronica Gamm, Marina Noorali and Fredy U. Harrison and against defendant Eric Rodriguez.

1
Judgment of Nondischargeability

On November 25, 2015, the Los Angeles Superior Court entered a Judgment against defendant Eric Rodriguez in the total amount of $111,881.73 for Plaintiffs in the case of Veronica Gamm, et al., v. Eric Rodriguez, et al., Los Angeles Superior Court, Case No. BC525366 (hereinafter referred to as the Underlying Judgment). The Underlying Judgment consisted of the following: (a) $30,915.44 in compensatory damages and $1,702.43 in interest for Veronica Gamm, (b) 53,385.49 in compensatory damages and $4,093.44 in interest for Marina Noorali, (c) $11,952.50 and $2,140.43 in interest for Fredy U. Harrison, and (d) $27,692.00 in attorneys' fees and costs jointly and severally in favor of all Plaintiffs.

The Court has determined by a preponderance of the evidence that the Underlying Judgment in favor of plaintiffs Veronica Gamm and Marina Noorali and against defendant Eric Rodriguez is not dischargeable pursuant to 11 U.S.C. §523(a)(6) as Eric Rodriguez's conduct constituted sexual harassment and discrimination and were willful and malicious.

The Court has further determined by a preponderance of the evidence that the Underlying Judgment in favor of plaintiffs Veronica Gamm, Marina Noorali and Fredy U. Harrison and against defendant Eric Rodriguez is not dischargeable pursuant to 11 U.S.C. §523(a)(2)(A) as Eric Rodriguez's conduct constituted fraud and deceit.

Now, therefore, it appearing by reason of said findings that Plaintiffs are entitled to Judgment against defendant Eric Rodrigues.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Underlying Judgment in favor of Plaintiffs Veronica Gamm, Marina Noorali and Fredy U. Harrison, and against defendant Eric Rodriguez, is held to be non-dischargeable.

///
///
///
///
///
///
///

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Underlying Judgment may be enforced to the full extent of applicable non-bankruptcy law.

IT IS SO ORDERED

### 

Date: October 6, 2020

*Maureen A. Tighe*
Maureen A. Tighe
United States Bankruptcy Judge